JOHN G. AKIN ET AL. *v.* CITY OF NORWALK ET AL.

The motion of the defendant Flower Estates at Cranbury, Inc., made pursuant to § 706 of the Practice Book that the Supreme Court reconsider the costs taxed against the defendants has been granted; the costs as taxed have been reconsidered and the court finds no reason to make any change in the costs as taxed.

*Melvin J. Silverman,* in support of the motion.

Submitted December 13, 1972—decided January 4, 1973

WILHELMINA C. TOBEY *v.* ROBERT S. TOBEY

The plaintiff's motion for a review of the court's decision concerning the rectification of the appeal from the Superior Court in New London County has been considered and is denied.

*C. Robert Satti,* in support of the motion.

*John Rose, Jr.,* in opposition.

Submitted January 10—decided January 18, 1973